# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBIN GIBSON, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-17-973-D |
| EQUIFAX INC., | ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court are Defendant's Motion to Stay or, in the Alternative, for an Extension of Time to Respond to the Complaint [Doc. No. 7], Defendant's Supplemental Motion to Stay, or in the Alternative, for an Extension of Time to Respond to the Complaint [Doc. No. 10], and Plaintiff's Notice of Non-Opposition [Doc. No. 11]. Plaintiff filed this putative class action against Defendant on September 8, 2017, following a data breach in which personal identifying information of Plaintiff and others was stolen [Doc. No. 1].

Defendant states that more than 200 putative class actions have been filed across the United States, and a motion for consolidation and transfer under 28 U.S.C. § 1407 has been filed with the Judicial Panel on Multidistrict Litigation ("JPML"). *See In re Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800 (J.P.M.L. Sept. 11, 2017). That motion seeks to have related actions consolidated with *McGonnigal v. Equifax, Inc.*, Case No. CIV-17-3422-WSD (N.D. Ga. Sept. 7, 2017) and transferred to the Northern District of Georgia. Defendant states that the motion to consolidate is set for a hearing before the JPML on November 30, 2017, and a ruling is expected sometime in December 2017.

Defendant asks the Court to stay this case pending a ruling on the motion to consolidate. Plaintiff does not oppose Defendant's request for a stay [Doc. No. 11].

The Court finds that it would be in the interest of judicial economy and efficiency to stay this case pending the JPML's ruling on the motion to consolidate.

IT IS THEREFORE ORDERED that Defendant's Motion to Stay or, in the Alternative, for an Extension of Time to Respond to the Complaint [Doc. No. 7] is GRANTED. This case is stayed until the JPML resolves the motion for consolidation and transfer under 28 U.S.C. § 1407 filed in *In re Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800.

IT IS FURTHER ORDERED that Defendant shall file a notice with the Court within seven (7) days of the JPML's ruling on the motion to consolidate and transfer informing the Court of the status of the case.

DATED this 30th day of November 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE